UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON LEE METZ,

           Plaintiff,

  v.

C. SABO ,

           Defendant.

CASE NO. 3:20-cv-06242-RSM-BAT

**ORDER DENYING MOTION FOR LIBRARY ACCESS**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's motion for library access or access to law books, Dkt. 13, is denied. Because this is not a dispositive order, the case remains referred to the United States Magistrate Judge Brian Tsuchida.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

ORDER DENYING MOTION FOR LIBRARY ACCESS - 1

1  Dated this 19th day of April, 2021.

2

3

4

                          RICARDO S. MARTINEZ
5                            CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR LIBRARY ACCESS - 2