UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON LEE METZ,<br><br>                Plaintiff,<br><br>   v.<br><br>C. SABO,<br><br>                Defendant. | CASE NO. 3:20-cv-06242-RSM-BAT<br><br>**ORDER DENYING MOTION FOR DIRECT COURT ACTION ON CPAP WATER** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's motion (Dkt. 15) for direct action on CPAP water order is DENIED.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER DENYING MOTION FOR DIRECT
COURT ACTION ON CPAP WATER - 1

1 | Dated this 27th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR DIRECT
COURT ACTION ON CPAP WATER - 2