UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON LEE METZ,

    Plaintiff,

v.

C. SABO ,

    Defendant.

CASE NO. 3:20-cv-06242-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The motion to dismiss, Dkt. 17, is granted and the case is dismissed with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 26th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1